## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Corey Van Nguyen                CHAPTER 13

              Debtor(s)

                                                    BKY. NO. 24-13245-PMM

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                     Respectfully submitted,

                                           /s/ *Denise Carlon*
                                           Denise Carlon
                                           23 Sep 2024, 09:26:09, EDT

                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322