*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Corey Van Nguyen ) | Case No. 24–13245–pmm |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 13, 2024, this case is hereby DISMISSED.

**Date: September 24, 2024**

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Certification Concerning Credit Counseling and/or Certificate of Credit Counseling