Form OL241 (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Corey Van Nguyen<br><br>   Debtor(s). | Case No. 24−13245−pmm<br><br>Chapter: 13 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 13, 2024, this case is hereby DISMISSED.

**Date: September 24, 2024**

_/s/ Patricia M. Mayer_
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Certification Concerning Credit Counseling and/or Certificate of Credit Counseling