United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13245-pmm |
| Corey Van Nguyen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 24, 2024 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corey Van Nguyen, 1111 Wynnewood Drive, Northampton, PA 18067-8711 |
| 14926044 | | 12 WEBBANK, 1800 2nd St, Sarasota, FL 34236-5946 |
| 14926050 | | Drexel Univ, Drexel Univ, Ofc, Philadelphia, PA 19104 |
| 14926052 | | Hamilton Law Group, PO Box 90301, Allentown, PA 18109-0301 |
| 14926055 | | Lehigh Valley Fam Co Hlaw, PO Box 90301, Allentown, PA 18109-0301 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 24 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 24 2024 23:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14926046 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 25 2024 00:08:43 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14926045 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 25 2024 00:08:08 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14926047 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2024 00:08:08 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14926048 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2024 00:08:01 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14926049 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 24 2024 23:59:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 14926051 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 24 2024 23:58:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 14926054 | | Email/Text: bankruptcy@kikoff.com | Sep 24 2024 23:58:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, Ste 226, San Francisco, CA 94111-1458 |
| 14926053 | + | Email/Text: bankruptcy@kikoff.com | Sep 24 2024 23:58:00 | Kikoff, 75 Broadway, San Francisco, CA 94111-1423 |
| 14929437 | ^ | MEBN | Sep 24 2024 23:54:33 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14926057 | | Email/Text: camanagement@mtb.com | Sep 24 2024 23:58:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 14926056 | | Email/Text: camanagement@mtb.com | Sep 24 2024 23:58:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 14926058 | | Email/Text: bankruptcy@oliphantfinancial.com | | |

Case 24-13245-pmm    Doc 10    Filed 09/26/24    Entered 09/27/24 00:36:26    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: pdf900 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 24 2024 23:58:00 | Oliphant USA, 1800 2nd St, Sarasota, FL 34236-5946 |
| 14926059 | | Email/Text: bankruptcy@oliphantfinancial.com | | |
| | | | Sep 24 2024 23:58:00 | Oliphant USA, Attn: Bankruptcy, 1800 2nd St, Ste 603, Sarasota, FL 34236-5990 |
| 14926061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 25 2024 00:08:42 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14926060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 25 2024 00:08:46 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14926062 | + | Email/Text: bankruptcy@self.inc | | |
| | | | Sep 24 2024 23:58:00 | Self Financial, Inc., 901 E 6th St, Austin, TX 78702-3206 |
| 14926063 | + | Email/Text: bankruptcy@self.inc | | |
| | | | Sep 24 2024 23:58:00 | Self Financial, Inc., Attn: Bankruptcy, 515 Congress Ave, Ste 1550, Austin, TX 78701-3504 |
| 14926064 | ^ | MEBN | | |
| | | | Sep 24 2024 23:54:39 | Synchrony Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14926065 | | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 24 2024 23:58:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 14926066 | | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 24 2024 23:58:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2024              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Debtor Corey Van Nguyen bankruptcy@davidtiddlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Corey Van Nguyen | ) | Case No. 24−13245−pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER

   AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 13, 2024, this case is hereby DISMISSED.

**Date: September 24, 2024**

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Certification Concerning Credit Counseling and/or Certificate of Credit Counseling